

## NUMBER 13-25-00686-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI – EDINBURG

---

**ANGEL RAMOS HERNANDEZ**
**AND BETTZY ITZEL RAMOS HERNANDEZ,**                    **Appellants,**

**v.**

**D&D PLAZA, LLC,**                                                          **Appellee.**

---

## ON APPEAL FROM THE COUNTY COURT AT LAW NO. 5
## OF HIDALGO COUNTY, TEXAS

---

## MEMORANDUM OPINION

**Before Justices Silva, Cron, and Fonseca**
**Memorandum Opinion by Justice Cron**

On December 29, 2025, appellants Angel Ramos Hernandez and Bettzy Itzel Ramos Hernandez filed a notice of appeal regarding a final judgment signed on November 12, 2025, in trial court cause number CL-25-3051-E in the County Court at Law No. 5 of Hidalgo County, Texas. On December 30, 2025, the Clerk of the Court

requested appellants to pay the $205.00 filing fee for the notice of appeal within ten days. *See* TEX. R. APP. P. 5 ("A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are required by statute or Supreme Court order. The appellate court may enforce this rule by any order that is just."); TEX. GOV'T CODE ANN. § 51.207 (delineating the required fees and costs in an appellate court). On January 14, 2026, the Clerk notified appellants that they were delinquent in submitting the filing fee for the appeal and informed them that the appeal would be dismissed if the filing fee was not paid within ten days from the date of the notice. *See* TEX. R. APP. P. 42.3(c). To date, appellants have failed to pay the filing fee for the notice of appeal or otherwise respond to the Clerk's notice.

The Court, having examined and fully considered the foregoing events, is of the opinion that this appeal should be dismissed. Specifically, this Court has the authority to dismiss an appeal because the appellant has failed to comply with a requirement of the appellate rules, a court order, or a notice from the clerk requiring a response or other action within a specified time. *See id.* R. 42.3(b), (c); *Smith v. DC Civil Constr., LLC*, 521 S.W.3d 75, 76 (Tex. App.—San Antonio 2017, no pet.). Here, appellants have not paid the appellate filing fee. *See* TEX. R. APP. P. 5; TEX. GOV'T CODE ANN. § 51.207. Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c).

JENNY CRON
Justice

Delivered and filed on the
26th day of February, 2026.

2